AARON BARNETT, Respondent, *v.* PAULINE ZACHARIAS, Appellant.

(Argued June 20, 1882 ; decided June 30, 1882.)

*James C. de La Mare* for appellant.

*A. R. Dyatt* for respondent.

Agree to affirm order and for judgment absolute against appellant.
All concur.
Order affirmed and judgment accordingly.

---

In the Matter of the Petition of the LOCKPORT AND BUFFALO RAILROAD COMPANY for authority to use highway in the town of Wheatfield, Niagara County.

(Argued June 20, 1882 ; decided June 30, 1882.)

*D. H. McMillan* for appellant.

*George W. Bowen* for respondent.

Agree to affirm. No opinion.
All concur.
Order affirmed.

---

CHARLES F. WADSWORTH et al., Respondents, *v.* THOMAS L. HARISON, Appellant.

(Argued June 21, 1882 ; decided June 30, 1882.)

*E. M. Holbrook* for appellant.

*James B. Adams, Jr.,* for respondents.

Agree to affirm. No opinion.
All concur, except TRACY, J., absent.
Judgment affirmed.